Paetzer *v.* Paetzer, Appellant.

Argued November 13, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*David H. Kubert,* for appellant.

*Daniel Quinlan,* for appellee.

OPINION PER CURIAM, January 24, 1974:
Decree affirmed. Costs on appellant.